# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KASHEIMER, DANIEL D.                    § Case No. 10-75816
                                               §
                                               §
Debtor(s)                                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 11/30/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/17/2011     By:  /s/JAMES E. STEVENS
                                                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KASHEIMER, DANIEL D. § Case No. 10-75816
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 100,000.00 |
| *and approved disbursements of* | $ 75,648.22 |
| *leaving a balance on hand of* [1] | $ 24,351.78 |
| **Balance on hand:** | $ 24,351.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 24,351.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 7,500.00 | 0.00 | 7,500.00 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 2,591.00 | 0.00 | 2,591.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 10,091.00 |
| Remaining balance: | $ 14,260.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,260.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,260.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,803.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP | 2,864.11 | 0.00 | 640.17 |
| 2 | Dyck-O'Neal Inc | 40,011.12 | 0.00 | 8,942.89 |
| 3 | Capital One Bank (USA), N.A. | 592.88 | 0.00 | 132.51 |
| 4 | Chase Bank USA, N.A. | 8,077.14 | 0.00 | 1,805.32 |
| 5 | Chase Bank USA, N.A. | 4,752.52 | 0.00 | 1,062.24 |
| 6 | Chase Bank USA, N.A. | 7,505.93 | 0.00 | 1,677.65 |

Total to be paid for timely general unsecured claims: $ 14,260.78
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:  $         0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-75816-MB
Daniel D. Kasheimer                                                 Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: dpruitt             Page 1 of 1             Date Rcvd: Oct 21, 2011
                              Form ID: pdf006           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2011.
```
db           +Daniel D. Kasheimer,    719 Lura Lane,    Marengo, IL 60152-3382
16871972      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
16467771     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
16889202      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16467772      Citizens Auto Finance,    Post Office Box 42115,    Providence, RI 02940-2115
16467773      GM Card,    Post Office Box 88000,    Baltimore, MD 21288-3000
16467774     +Jennifer Davis,    2813 Kendall Crossing,    Johnsburg, IL 60051-8517
16467775      Radian Services, LLC,    c/o Dyck-O'Neal,    15301 Spectrum Dr., #450,    Addison, TX 75001-6436
16943438     +Sports Physical Therapy,    3915 30th Ave,    Kenosha, WI 53144-1957
16943439     +Suburban Orthopaedics,    1110 W Schick Rd,    Bartlett, Il 60103-3007
16943440     +WFNNB-The Room Place,    PO Box 2974,    Mission, KS 66201-1374
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16822053      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2011 02:10:26      American InfoSource LP,
               as agent for WFNNB,    PO Box 248872,    Oklahoma City, OK  73124-8872
16660984     +E-mail/Text: lweidhaas@dyckoneal.com Oct 22 2011 01:40:18      Dyck-O'Neal Inc,    POB 13370,
               Arlington, TX 76094-0370
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16467770    ##+Capital One,    1957 Westmoreland,    Post Office Box 26094,    Richmond, VA 23260-6094
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**              **Signature:** _Joseph Speetjens_