**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KASHEIMER, DANIEL D.           § Case No. 10-75816
                                      §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $8,652.00 *(without deducting any secured claims)* | Assets Exempt: $19,724.87 |
| Total Distribution to Claimants: $40,878.57 | Claims Discharged Without Payment: $55,912.23 |
| Total Expenses of Administration: $44,121.43 | |

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $85,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,925.13 | $26,617.79 | $26,617.79 | $26,617.79 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,121.43 | 44,121.43 | 44,121.43 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,204.52 | 63,803.70 | 63,803.70 | 14,260.78 |
| **TOTAL DISBURSEMENTS** | $70,129.65 | $134,542.92 | $134,542.92 | $85,000.00 |

4)  This case was originally filed under Chapter 7 on November 24, 2010. The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2012          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending personal injury claim | 1142-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Caldwell, Berner and Caldwell | Debtor's personal injury exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citizens Auto Finance | 4110-000 | 3,925.13 | N/A | N/A | 0.00 |
| | Caldwell, Berner and Caldwell | 4220-000 | N/A | 416.67 | 416.67 | 416.67 |
| | Caldwell, Berner and Caldwell | 4220-000 | N/A | 22,867.79 | 22,867.79 | 22,867.79 |
| | Caldwell, Berner and Caldwell | 4220-000 | N/A | 3,333.33 | 3,333.33 | 3,333.33 |
| **TOTAL SECURED CLAIMS** | | | **$3,925.13** | **$26,617.79** | **$26,617.79** | **$26,617.79** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 2,591.00 | 2,591.00 | 2,591.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Caldwell, Berner and Caldwell | 3210-600 | N/A | 33,333.33 | 33,333.33 | 33,333.33 |
| Caldwell, Berner and Caldwell | 3220-610 | N/A | 697.10 | 697.10 | 697.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 44,121.43 | 44,121.43 | 44,121.43 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Jennifer Davis | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP | 7100-000 | N/A | 2,864.11 | 2,864.11 | 640.17 |
| 2 | Dyck-O'Neal Inc | 7100-000 | 40,000.00 | 40,011.12 | 40,011.12 | 8,942.89 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 100.00 | 592.88 | 592.88 | 132.51 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 7,851.15 | 8,077.14 | 8,077.14 | 1,805.32 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 4,628.74 | 4,752.52 | 4,752.52 | 1,062.24 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 7,255.32 | 7,505.93 | 7,505.93 | 1,677.65 |
| NOTFILED | Chase | 7100-000 | 4,823.38 | N/A | N/A | 0.00 |
| NOTFILED | GM Card | 7100-000 | 1,545.93 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 66,204.52 | 63,803.70 | 63,803.70 | 14,260.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75816  
**Case Name:** KASHEIMER, DANIEL D.

**Period Ending:** 02/07/12

**Trustee:** (330420)    JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/24/10 (f)  
**§341(a) Meeting Date:** 12/27/10  
**Claims Bar Date:** 05/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Checking account-Chase Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 2  Checking account-Harris Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 3  Miscellaneous household goods &<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4  Necessary wearing apparel-debtor's possession<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 0.00 | DA | 0.00 | FA |
| 5  Term life insurance policy 100% payable to depen<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | DA | 0.00 | FA |
| 6  Term life insurance policy-Union Labor; 100% pay<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | DA | 0.00 | FA |
| 7  Union pension; defined benefit-no cash value<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8  Union retirement annuity<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 9  Pending personal injury claim<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 100,000.00 | FA |
| 10  2005 Ford Escape subject to lien of Citizens Aut<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 10  Assets    Totals (Excluding unknown values) | $8,652.00 | $0.00 | | $100,000.00 | $0.00 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-75816  
**Case Name:** KASHEIMER, DANIEL D.  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/24/10 (f)  
**§341(a) Meeting Date:** 12/27/10  

**Period Ending:** 02/07/12  
**Claims Bar Date:** 05/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011        **Current Projected Date Of Final Report (TFR):**   October 17, 2011  (Actual)

Printed: 02/07/2012 11:41 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75816  
**Case Name:** KASHEIMER, DANIEL D.  
**Taxpayer ID #:** **-***4510  
**Period Ending:** 02/07/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/12/11 | | Caldwell, Berner and Caldwell | personal injury settlement | | | 24,351.78 | | 24,351.78 |
| | {9} | | settlement amount | 100,000.00 | 1142-000 | | | 24,351.78 |
| | | | attorney's fee | -33,333.33 | 3210-600 | | | 24,351.78 |
| | | | advanced costs regarding lawsuit | -697.10 | 3220-610 | | | 24,351.78 |
| | | | payment on medical lien to Illinois Pain Institute | -416.67 | 4220-000 | | | 24,351.78 |
| | | | Debtor's personal injury exemption | -15,000.00 | 8100-002 | | | 24,351.78 |
| | | | Chicago Reg Counsel of Carpenters Lien | -22,867.79 | 4220-000 | | | 24,351.78 |
| | | | American Family Insurance Subro Lien | -3,333.33 | 4220-000 | | | 24,351.78 |
| 11/30/11 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $2,591.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 2,591.00 | 21,760.78 |
| 11/30/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $7,500.00, Trustee Compensation;  Reference: | | 2100-000 | | 7,500.00 | 14,260.78 |
| 11/30/11 | 103 | American InfoSource LP | Dividend paid  22.35% on $2,864.11; Claim# 1; Filed: $2,864.11; Reference: | | 7100-000 | | 640.17 | 13,620.61 |
| 11/30/11 | 104 | Dyck-O'Neal Inc | Dividend paid  22.35% on $40,011.12; Claim# 2; Filed: $40,011.12; Reference: | | 7100-000 | | 8,942.89 | 4,677.72 |
| 11/30/11 | 105 | Capital One Bank (USA), N.A. | Dividend paid  22.35% on $592.88; Claim# 3; Filed: $592.88; Reference: | | 7100-000 | | 132.51 | 4,545.21 |
| 11/30/11 | 106 | Chase Bank USA, N.A. | Dividend paid  22.35% on $8,077.14; Claim# 4; Filed: $8,077.14; Reference: | | 7100-000 | | 1,805.32 | 2,739.89 |
| 11/30/11 | 107 | Chase Bank USA, N.A. | Dividend paid  22.35% on $4,752.52; Claim# 5; Filed: $4,752.52; Reference: | | 7100-000 | | 1,062.24 | 1,677.65 |
| 11/30/11 | 108 | Chase Bank USA, N.A. | Dividend paid  22.35% on $7,505.93; Claim# 6; Filed: $7,505.93; Reference: | | 7100-000 | | 1,677.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 24,351.78 | 24,351.78 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 24,351.78 | 24,351.78 | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$24,351.78** | **$9,351.78** | |

{} Asset reference(s)

Printed: 02/07/2012 11:41 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-75816 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | KASHEIMER, DANIEL D. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******96-66 - Checking Account |
| **Taxpayer ID #:** | **-***4510 | | **Blanket Bond:** | $372,000.00   (per case limit) |
| **Period Ending:** | 02/07/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******96-66** | **24,351.78** | **9,351.78** | **0.00** |
| | **$24,351.78** | **$24,351.78** | **$0.00** |

{} Asset reference(s)                                                                                                         Printed: 02/07/2012 11:41 AM    V.12.57